Recording Requested By:
HSBC MORTGAGE SERVICES

When Recorded Return To:

ASSIGNMENTS
HSBC MORTGAGE SERVICES
P.O. BOX 1422
BRANDON, FL 33509

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Bexar, Texas
SELLER'S SERVICING #: ▇▇▇▇▇▇"GARCIA"

MERS #: ▇▇▇▇▇▇   SIS #: ▇▇▇▇▇▇

Date of Assignment: April 23rd, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CREVECOR MORTGAGE, INC. "ITS SUCCESSORS AND ASSIGNS" at 1595 SPRING HILL ROAD, STE 310, VIENNA, VA 22182
Assignee: HSBC MORTGAGE SERVICES INC at 636 GRAND REGENCY BLVD, BRANDON, FL 33510

Executed By: ARTHUR GARCIA, A SINGLE MAN  To: MORTGAGE ELECTROINC REGISTRATION SYSTEMS, INC. AS A NOMINEE FOR CREVECOR MORTGAGE INC. "ITS SUCCESSORS AND ASSIGNS"
Date of Deed of Trust: 12/27/2005 Recorded: 12/30/2005 in Book/Reel/Liber: 11858 Page/Folio: 1657 as Instrument No.: 20050303876 In the County of Bexar, State of Texas.

Property Address: 5603 STAACK AVE, SAN ANTONIO, TX 78240
Legal Description: As Referenced on Original Recorded Document

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $100,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

    TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust.  IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CREVECOR MORTGAGE, INC. "ITS SUCCESSORS AND ASSIGNS"
On April 23rd, 2012

By: _/s/ Melissa D. Cleary_____
MELISSA D CLEARY, Assistant Secretary

Title Data, Inc. SV ▇▇▇▇▇▇

Exhibit "C"

STATE OF Florida
COUNTY OF Hillsborough

On April 23rd, 2012, before me, TREVIN MYERS, a Notary Public in and for Hillsborough in the State of Florida, personally appeared MELISSA D CLEARY, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

TREVIN MYERS
Notary Expires: 05/30/2015 #EE098231

(This area for notarial seal)

Title Data, Inc. SV

Doc# 20120074887
# Pages 3
04/24/2012  9:52AM
e-Filed & e-Recorded in the
Official Public Records of
BEXAR COUNTY
GERARD C. RICKHOFF
COUNTY CLERK
Fees $20.00

STATE OF TEXAS
COUNTY OF BEXAR
This is to Certify that this document
was e-FILED and e-RECORDED in the Official
Public Records of Bexar County, Texas
on this date and time stamped thereon.
04/24/2012  9:52AM
COUNTY CLERK, BEXAR COUNTY TEXAS



Title Data, Inc. SV

## TRANSFER OF LIEN

Customer#: ▮▮▮ Service#: ▮▮▮
Loan# ▮▮▮

For good and valuable consideration, the sufficiency of which is hereby acknowledged, HSBC MORTGAGE SERVICES, INC., C/O CALIBER HOME LOANS, INC., OKLAHOMA CITY, OK 73134-0000. By these presents does convey, grant, bargain, sell, assign, transfer and set over to: LSF8 MASTER PARTICIPATION TRUST, C/O CALIBER HOME LOANS, INC. 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2550. The described Deed of Trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Deed of Trust in the amount of **$100,000.00** and recorded in the State of TEXAS, County of BEXAR Official Records, dated DECEMBER 27, 2005 and recorded on DECEMBER 30, 2005, as Instrument No. 20050303876, in Book No. ---, at Page No. ---.
Original Mortgagor: ARTHUR GARCIA, A SINGLE MAN. Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CREVECOR MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS. Original Trustee: DENNIS P. SCHWARTZ. Property Address: 5603 STAACK AVE,, SAN ANTONIO, TX 78240-0000.
Date: __MAR 1 8 2014__
HSBC MORTGAGE SERVICES, INC., BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT

By: _____
Craig Davenport, Vice President

Book 16598 Page 438 1pgs

State of **CALIFORNIA** }
County of **ORANGE** } ss.

On __MAR 1 8 2014__, before me, Reychel Dobiesz, a Notary Public, personally appeared Craig Davenport, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.

(Notary Name): Reychel Dobiesz

REYCHEL DOBIESZ
Commission # 2041456
Notary Public - California
Orange County
My Comm Expires Sep 15, 2017

Recording Requested & Prepared By:
T.D. Service Company 4000 W Metropolitan Dr Ste 400 Orange, CA 92868 STEPHANIE M. MARQUEZ
And When Recorded Mail To:
T.D. Service Company 4000 W Metropolitan Dr Ste 400 Orange, CA 92868

```
Doc# 20140045213 Fees: $26.00
03/21/2014   2:28PM # Pages 1
Filed & Recorded in the Official
Public Records of  BEXAR COUNTY
GERARD C. RICKHOFF COUNTY CLERK
```

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby Certify that this Instrument was FILED in File Number Sequence on this date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on:

MAR 2 1 2014

COUNTY CLERK BEXAR COUNTY, TEXAS

Title Data, Inc. SV ▮▮▮

## TRANSFER OF LIEN

Customer#: ▮▮▮ ervice#: ▮▮▮
Loan#: ▮▮▮

FOR VALUE RECEIVED, LSF8 MASTER PARTICIPATION TRUST, C/O CALIBER HOME LOANS, INC. 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2550, hereby assign and transfer to

_____ See Attached Exhibit " A "_____

_____, _____,, all its right, title and interest in and to said Deed of Trust in the amount of $100,000.00, recorded in the State of TEXAS, County of BEXAR Official Records, dated DECEMBER 27, 2005 and recorded on DECEMBER 30, 2005, as Instrument No. 20050303876, in Book No. ---, at Page No. ---.
Executed by: ARTHUR GARCIA, A SINGLE MAN (Original Mortgagor).
Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CREVECOR MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS. Original Trustee: DENNIS P. SCHWARTZ. Property Address: 5603 STAACK AVE,, SAN ANTONIO, TX 78240-0000.

Date: __AUG 1 9 2014__
LSF8 MASTER PARTICIPATION TRUST, BY ITS TRUSTEE U.S. BANK TRUST, N.A., THROUGH CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT FOR THE TRUSTEE

By: _____
Roy Lacey, Authorized Signatory

State of **OKLAHOMA** }
County of **OKLAHOMA** } ss.

On __AUG 1 9 2014__, before me, Hailey Woosley, a Notary Public, personally appeared Roy Lacey, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): Hailey Woosley
My commission expires: 06/01/2016

Recording Requested & Prepared By:
T.D. Service Company 4000 W Metropolitan Dr Ste 400 Orange, CA 92868 OSBALDO VIDRIO
And When Recorded Mail To:

_____
_____



Title Data, Inc. SV ▮▮▮

# EXHIBIT A

Assignee: Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed Notes, Series 2014-RPL3
C/O Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

Title Data, Inc. SV

Doc# 20160039693
# Pages 3
03/03/2016 2:25PM
e-Filed & e-Recorded in the
Official Public Records of
BEXAR COUNTY
GERARD C. RICKHOFF
COUNTY CLERK
Fees $30.00

STATE OF TEXAS
COUNTY OF BEXAR
This is to Certify that this document
was e-FILED and e-RECORDED in the Official
Public Records of Bexar County, Texas
on this date and time stamped thereon.
03/03/2016 2:25PM
COUNTY CLERK, BEXAR COUNTY TEXAS



Title Data, Inc. SV