IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: § CASE NO: 16-52882G
Arturo Garcia §
§
DEBTOR(S) § CHAPTER 13

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN
## AND FIRST REQUEST FOR ATTORNEY'S FEES

**AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF ISSUANCE OF THIS NOTICE. ANY SUCH OBJECTION MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.**

**TO THE HONORABLE JUDGE Craig A. Gargotta:**

Arturo Garcia, ("Debtor") moves to modify the Debtor's Chapter 13 Plan under 11 U.S.C. § 1329 and Bankruptcy Rule 3015.

**1. Jurisdiction**

Jurisdiction is proper under 28 U.S.C. § 1334. This is a "core-proceeding" pursuant to 28 U.S.C. § 157 (b)(2). Further, this is a "contested matter" governed by Bankruptcy Rule 9014.

**2. Background**

The Debtor filed a Chapter 13 bankruptcy petition on December 13, 2016. The court confirmed the Chapter 13 Plan on February 28, 2017.

**3. Grounds for Modification**

The Debtor experienced a substantial and unexpected change in circumstances since the entry of the order confirming the plan. Debtor became delinquent with his mortgage payments due to misunderstanding. As a result, Debtor is required to add post-petition arrears of $5,786.64 into the chapter 13 plan per an Agreed Order Modifying Stay entered into between Debtor and Select Portfolio Servicing on September 15, 2017.

4. **Terms to be Modified**

Debtor requests that the Chapter 13 Plan be modified to allow $5,786.64 in post-petition mortgage arrears be added into the plan. The new plan payment of $600.00 will begin December 2017.

The following reflect the terms of the current plan and of the proposed modified plan:

| Chapter 13 Plan Terms | Current Plan | Proposed Plan |
|---|---|---|
| Plan Payment | $530.00 | $600.00 |
| Term (from date of Confirmation) | 58 months | 58 months |
| Plan % (approx. dividend to unsecured creditors) | 28% | 14% |
| ACP (Applicable Commitment Period) | 36 months | |

The following identifies the specific monthly payments payable by the Trustee through the plan to the secured and priority creditors:

| Creditor | Claim # | Current Plan | Proposed Plan |
|---|---|---|---|
| Select Portfolio Servicing | 9 | Pro Rata | Pro Rata |
| Propel Financial Services | 5 | $121.00 | $121.00 |
| Flexi Compras Autos | 2 | $249.00 | $249.00 |
| J. Todd Malaise - Base Attorney's Fees | | $100.00 | $100.00 |
| J. Todd Malaise - Admin Priority (All) | | | *see below* |

These modifications reflect the only terms sought to be modified by this motion. All existing terms and provisions of the current Chapter 13 Plan not modified above remain in effect.

Further, the dividend payable to unsecured creditors is greater than the value of non-exempt property and greater than the amount that the unsecured creditors would receive if this case was converted to a Chapter 7.

5. **Request for Attorney's Fees**

Counsel for Debtor incurred additional attorney fees and costs related to this matter and asks that he be awarded $755.23 ($702.50 attorney fees, $25.97 postage fees, $26.46 copy fees, and $0.30 pacer fees) as reasonable and necessary services and that said amount be paid as an administrative claim by the Trustee through the Chapter 13 Plan payable in full upon entry of this order or as funds become available. Payment of this claim may delay payment of the scheduled monthly payment on secured and priority claims. A description of these services is

attached as "Exhibit A". These services were unanticipated and were not included in the base, "no look" fee award. A history of the attorney fees awarded in this case is attached hereto as "Exhibit B".

### PRAYER

Wherefore, premises considered, Debtor prays that this Court approve this Motion to Modify Chapter 13 Plan and First Request for Attorney's Fees.

Respectfully submitted,

**MALAISE LAW FIRM**

909 NE Loop 410, Suite 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826

By: _____
J. Todd Malaise, SBN 00796984
David C. Werner, SBN 00797651
Steven G. Cennamo, SBN 04045600
Teresa K. Howard, SBN 24049025
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on **November 30**, 20**17**, service of a copy of the attached has been accomplished by **CM/ECF to Mary K. Viegelahn, Chapter 13 Trustee**, and by first class mail, postage paid, or hand delivered to the parties in interest listed below and to all parties listed on the attached mailing matrix.

U.S. Trustee
615 E. Houston, Rm #533
San Antonio, Texas 78205

Arturo Garcia
5603 Staack Ave.
San Antonio, TX 78240

_____
J. Todd Malaise
David C. Werner
Steven G. Cennamo
Teresa K. Howard

gmp

Label Matrix for local noticing
0542-5
Case 16-52882-cag
Western District of Texas
San Antonio
Tue Oct 17 16:29:00 CDT 2017

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

AFNI
404 Brock Drive
P.O. Box 3517
Bloomington, IL 61702-3517

Ace Finance Company
7121 W Hwy 90, Ste 232
San Antonio, TX 78227

Ad Astra Recovery
7330 W 33rd St Ste 118
Wichita, KS 67205-9370

Ameripath San Antonio
P.O. Box 844859
Dallas, TX 75284-4859

Asset Acceptance Corp
P.O. Box 2036
Warren, MI 48090-2036

Attorney General of the US
Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0009

Bexar County
c/o Bradley S. Balderrama
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Bexar County
c/o Don Stecker
Linebarger Goggan Blair & Sampson
711 Navarro, Ste. 300
San Antonio, TX 78205-1749

Bridgecrest Credit Company LLC
PO Box 29018
Phoenix, AZ 85038-9018

Broadway Finance
1115 SW Military Dr, Suite 102
San Antonio, TX 78221-1698

Business & Professional Services
Attn: Bankruptcy
621 N. Alamo St.
San Antonio, TX 78215-1836

CMRE Financial Services, Inc.
3075 E. Imperial Highway, #200
Brea, CA 92821-6753

Cash Store
1904 Gateway Drive, Ste. 200
Irving, TX 75038

Convergent Healthcare Recoveries, Inc.
124 SW Adams St., Ste. 215
Peoria, IL 61602-2321

Credit Collection Services
2 Wells Ave. Dept. 9135
Newton, MA 02459-3225

Credit Control, LLC
5757 Phantom Drive
Hazelwood, MO 63042-2429

Credit Systems International, Inc
1277 Country Club Lane
Fort Worth, TX 76112-2304

DriveTime Credit Co
Attention: Bankruptcy
4020 E Indian School Rd
Phoenix, AZ 85018-5220

Elsa D. Garcia
5603 Staack Ave.
San Antonio, TX 78240-2442

Elsa Garcia
5603 Staack Ave.
San Antonio, TX 78240-2442

Financial Control Services
200 N New Rd
Waco, TX 76710-6932

Financial Control Services
6801 Sanger Avenue, Ste. 195
Waco, TX 76710-7804

Financial Corporation Of America
12515 Research Blvd. Ste 100
Austin, TX 78759-2247

First Financial Asset Mgmt
PO Box 901
Fort Mill, SC. 29716-0901

First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434-6695

Flexi Compras Autos
6840 S. Pan Am Expressway
San Antonio, TX 78224-1124

Flexi Compras Autos, LLC
1111 W. Mockingbird Lane, Suite 1500
Dallas, Texas 75247-5070

Franklin Collection Service
P.O. Box 3910
Tupelo, MS 38803-3910

Greater San Antonio Emergency
PO Box 15070
Scottsdale, AZ 85267-5070

Harrison & Duncan PLLC
8700 Crownhill, Ste. 505
San Antonio, TX 78209-1130

IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127-2557

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
PO Box 10584
Greenville, SC 29603-0584

LVNV Funding, LLC its successors and assigns
assignee of GE Money Bank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Medical Business Bureau LLC
1175 Devin Dr., Ste. 172
Muskegon, MI 49441-6079

Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043-0629

Methodist Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Midwest Recovery Fund LLC
12100 Single Tree Lane, Ste. 163
Eden Prairie, MN 55344-7952

NCB Management Service
1 Allied Dr
Trevose, PA 19053-6945

NPAS Solutions
PO Box 33188
Louisville, KY 40232-3188

Nations Recovery Center
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360-2100

Niagara Credit Solutions, Inc.
420 Lawrence Bell Drive, Ste. 2
Buffalo, NY 14221-8820

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Propel Financial Services
7990 IH 10 West, Ste. 200
San Antonio, TX 78230-4786

Propel Financial Services, LLC, Agent & Atto
In Fact for PFS Tax Lien Trust 2014-1
7990 IH-10 West, Suite 200
San Antonio, Texas 78230-4786

Regional Adjustment Bureau
P.O. Box 1022
Wixom, MI 48393-1022

Reviver Financial, LLC
PO Box 3023
Attn: Bankruptcy Department
Hutchinson, KS 67504-3023

Sarma Collections
1801 Broadway
San Antonio, TX 78215-1227

Select Portfolio Servicing, Inc
PO Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc.
c/o Shapiro Schwartz
13105 Northwest Fwy., Suite 1200
Houston, TX 77040-6355

Shapiro Schwartz, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040-6355

Speedy Cash
P.O. Box 780408
Wichita, KS 67278-0408

(p)WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

US Attorney's Office
601 NW Loop 410, Ste 600
San Antonio, TX 78216-5597

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

VA Regional Office
Office of District Counsel
2515 Murworth Dr
Houston, TX 77054-1603

West Asset Management
2703 N. Highway 75
Sherman, TX 75090-2567

Arturo Garcia
5603 Staack Ave.
San Antonio, TX 78240-2442

J. Todd Malaise                    J. Todd Malaise02                  J. Todd Malaise04
909 NE Loop 410, Suite 300         Malaise Law Firm                   Malaise Law Firm
San Antonio, TX 78209-1315         909 NE Loop 410, Suite 300         909 NE Loop 410, Suite 300
                                   San Antonio, TX 78209-1315         San Antonio, TX 78209-1315

Mary K Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216-3631

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The Money Store
P.O. Box 13716
Sacramento, CA 95853

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Select Portfolio Servicing, Inc.    End of Label Matrix
PO Box 65250                            Mailable recipients    63
Salt Lake City, UT 84165-0250           Bypassed recipients     1
                                        Total                  64

# Exhibit A

**Billing Statement**

**Malaise Law Firm**
909 N.E. Loop 410, Suite 300
San Antonio, TX 78209
(210) 732-6699

Time and Expenses

| | |
|---|---|
| Total Time: | $702.50 |
| Total Expenses: | $52.73 |
| **Total Billed:** | **$755.23** |

## Matter: 16-52882G Arturo Garcia

| DATE | STAFF | RATE | HOURS | BRIEF DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 09/19/17 | GMP | $95 | 0.2 | Call to client to set appt to review income & expenses for a modification to add mortgage arrears. Set appt and explained all docs to bring | $19.00 |
| 09/29/17 | GMP | $95 | 1.6 | Met with client to review income & expenses. Amended Schedule I & J. Ran plan feasibility to add mortgage arrears to determine what the plan payment will increase to | $152.00 |
| 10/12/17 | GMP | $95 | 0.1 | Call to client to set appt to meet with attorney to review income and expenses | $9.50 |
| 10/17/17 | JTM | $295 | 0.5 | Meeting with client to review income | $147.50 |
| 10/17/17 | GMP | $95 | 0.6 | Prepare file for attorney to review, reviewed tax return, & plan feasibility | $57.00 |
| 10/17/17 | GMP | $95 | 1.2 | Draft motion to modify plan to add mortgage arrears | $114.00 |
| 11/21/17 | JTM | $295 | 0.4 | Revd. Amended sch I and J, pay advices, tax return, and motion to modify | $118.00 |
| 11/30/17 | GMP | $95 | 0.2 | Filed amended I and J schedules and motion to modify with court | $19.00 |
| 11/30/17 | GMP | $95 | 0.2 | Upload proof of income to Trustee's portal | $19.00 |
| 11/30/17 | GMP | $95 | 0.2 | Upload amended pay order to Trustee's portal | $19.00 |
| 11/30/17 | GMP | $95 | 0.3 | Draft and mail letter to client regarding the new plan payment | $28.50 |
| | | | | **TOTAL FOR FEES** | **$702.50** |

| | | |
|---|---|---|
| JTM | Todd Malaise (Attorney) @ $295.00 per hour | |
| SGC | Steven G. Cennamo (Associate Attorney) @ $295.00 per hour | |
| DCW | David C. Werner (Associate Attorney) @ $265.00 per hour | |
| TEH | Teresa K. Howard (Associate Attorney) @ $265.00 per hour | |
| MAM | Margaret Munoz (Legal Assistant) @ $95.00 per hour | |
| ORI | Oriana Towles (Legal Assistant) @ $95.00 per hour | |
| EBE | Elizabeth Burkhalter-Elliot (Legal Assistant) @ $95.00 per hour | |
| GMP | Gina M. Perez (Legal Assistant) @ $95.00 per hour | |
| JLF | Jacqueline L. Flores (Legal Assistant) @ $95.00 per hour | |

| EXPENSES | Cost | Pages | | |
|---|---|---|---|---|
| Postage | $0.49 | 53 | | $25.97 |
| Copies | $0.21 | 126 | | $26.46 |
| PACER | $0.10 | 3 | | $0.30 |
| | | | **TOTAL EXPENSES** | **$52.73** |

Please remit payment to:   Malaise Law Firm
909 N.E. Loop 410, Suite 300
San Antonio, TX 78209

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: § CASE NO. 16-52882G
§
Arturo Garcia §
§
§
§
DEBTOR(S) § CHAPTER 13

## ATTORNEY'S FEE EXHIBIT

| DATE FILED | FEES AWARDED | FEES PENDING | DOCUMENT FILED |
|---|---|---|---|

**SUMMARY**

Fees Awarded at Confirmation:        $3,600.00

Total post confirmation fees awarded:    $0.00

Total post confirmation fees pending:    $0.00

"EXHIBIT B"