Jennifer R. Bergh, Esq. (SBN 24103791)
Kristin Zilberstein, Esq. (SBN 24104960)
GHIDOTTI BERGER
600 E. John Carpenter Fwy. Ste. 200
Irving, Texas 75062
Ph: (949) 427-2010
Fax: (949) 427-2732
jbergh@ghidottiberger.com

**Attorneys for Movant,**
US Bank Trust National Association.,
as trustee of the Tiki Series III Trust, its successors and assigns

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 16-52882 -CAG |
| | § | |
| ARTURO GARCIA | § | CHAPTER 13 |
| | § | |
| DEBTOR, | § | |
| | § | |
| US BANK TRUST NATIONAL ASSOCIATION., AS TRUSTEE OF THE TIKI SERIES III TRUST | § | |
| | § | |
| MOVANT, | § | |
| | § | |
| ARTURO GARCIA | § | |
| | § | |
| RESPONDENT. | | |

## NOTICE OF TERMINATION OF AUTOMATIC STAY DUE TO FAILURE TO CURE DEFAULT

1. On September 15th 2017 an Agreed Order resolving Movant's APO was entered with the court. The Debtor failed to comply with the terms of the Agreed Order and a default letter was sent to Debtor pursuant to the terms of the Agreed Order. Following proper notice Debtor failed to cure the deficiency according to the terms of the Agreed Order and pursuant to the Order is not entitled to another default letter.

2. In Accordance with the terms of the Agreed Order the automatic stay is terminated with respect to US Bank Trust National Association, AS Trustee of the TIKI Series III Trust.

>
> Respectfully submitted,
> GHIDOTTI BERGER
>
> By /s/ Jennifer R. Bergh,
> Jennifer R. Bergh, Esq
> State Bar No. 24103791
> 600 E. John Carpenter Fwy. Ste. 200
> Irving, Texas 75062
> Ph: (949) 427-2010
> Fax: (949) 427-2732

Jennifer Bergh, Esq. (SBN 24103791)
Kristin Zilberstein, Esq. (SBN 24104960)
GHIDOTTI BERGER
600 E John Carpenter Fwy., ste. 200
Irving TX 75062
Ph: (949) 427-2010
Fax: (949) 427-2732
jbergh@ghidottiberger.com

**Attorney for Creditor,**
US Bank Trust National Association as Trustee of the Tiki Series III Trust, its successors and

assigns

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | CASE NO.: 16-52882-CAG |
| | § | |
| **Arturo Garcia,** | § | CHAPTER 13 |
| | § | |
| **DEBTORS,** | § | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of

eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave.,

Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of

correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 3, 2019 I served the following documents described as:

- **NOTICE OF TERMINATION OF AUTOMATIC STAY DUE TO CURE DEFAULT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Arturo Garcia<br>5603 Staack Ave.<br>San Antonio, TX 78240<br><br>**Debtors' Counsel**<br>J. Todd Malaise<br>909 NE Loop 410, Suite 300<br>San Antonio, TX 78209 | **Chapter Trustee**<br>Mary K Viegelahn<br>Chapter 13 Trustee<br>10500 Heritage Blvd Suite 201<br>San Antonio, TX 78216<br><br>Mary K. Viegelahn10<br>San Antonio Chapter 13 Trustee<br>909 NE Loop 410, Suite 400<br>San Antonio, TX 78209 |
|---|---|

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

///

///

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 3, 2019 at Santa Ana, California

/*s / Jennifer Bergh*
Jennifer Bergh